1:07MJ32A

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.

ROBERTO OLIVO-ESTRELLA

## WARRANT FOR ARREST

CASE NUMBER: 06-CR-6042L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERTO OLIVO-ESTRELLA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X )Indictment ( )Information ( )Complaint ( )Order of Court ( )Violation Notice ( )Probation
( ) Violation Petition

charging him or her with (brief description of offense)

knowingly, willfully and unlawfully conspiring with others, known and unknown, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing cocaine

In violation of Title 21, United States Code, Section(s) 846 & 853

HON. MARIAN W. PAYSON
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Marian W. Payson
Signature of Issuing Officer

June 20 2006 Rochester, NY
Date and Location

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev 5/93) Warrant for Arrest

# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *For the Western District of New York*

---

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | OCTOBER 2004 GRAND JURY (Empaneled 10/21/04) |
| **-vs-** | **06-CR-6042L** |
| **JOSE D. DE LA ROSA,**<br>**a/k/a "Carlos A. Gomez-Pirela,"**<br>**a/k/a "El Negro,"**<br>**a/k/a "Yiyo,"** | **Violation:**<br>Title 21, United States Code, Sections 846 and 853 |

**and**

**ROBERTO OLIVO-ESTRELLA,**

**Defendants.**

REDACTED REDACTED

**SUPERSEDING INDICTMENT**

REDACTED REDACTED

**COUNT ONE**

**The Grand Jury Charges That:**

Between in or about June 2002 and in or about December 2004, in the Western District of New York and elsewhere, the defendants, **JOSE D. DE LA ROSA, a/k/a "Carlos A. Gomez-Pirela," a/k/a "El**

**Negro," a/k/a "Yiyo,"**

and **ROBERTO OLIVO-ESTRELLA**, did knowingly, willfully and unlawfully conspire, combine, confederate and agree together and with others, known and unknown, to commit offenses against the United States, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## FORFEITURE ALLEGATION

As a result of conviction of Count One of this Indictment, the allegations of which are incorporated herein by reference, the defendants, **JOSE D. DE LA ROSA, a/k/a "Carlos A. Gomez-Pirela," a/k/a "El Negro," a/k/a "Yiyo,"**

and **ROBERTO OLIVO-ESTRELLA**, shall forfeit to the United States of America (1) any property used and intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offense, and (2) any and all property, and interest therein, constituting and/or derived from any proceeds obtained, directly or indirectly, as a result of the

offense described in Count One of this Indictment, including, but not limited to, the following:

**MONETARY SUM:**

1. The sum of one million dollars ($1,000,000) United States Currency, which amount represents the proceeds the defendants obtained, directly or indirectly, as a result of the offense described in Count One of this Indictment.

**SUBSTITUTE ASSETS**

If any of the property described in item 1 of this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

It is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p).**

DATED: Rochester, New York, June 20, 2006.

TERRANCE P. FLYNN
United States Attorney

By: [signature]
FRANK H. SHERMAN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Room 620
Rochester, New York 14614
(585) 263-6760, ext. 2234
[Frank.Sherman@usdoj.gov]

A TRUE BILL:

[signature]
FOREPERSON

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*620 Federal Building*
*100 State Street*
*Rochester, New York 14614*

*(585) 263-6760*
*FAX(585) 263-6226*

August 9, 2006

US DISTRICT COURT
FILED

VIA HAND DELIVERY

Honorable Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

RE: United States v. Jose D. De La Rosa, et al.
Case No. 06-CR-6042L(P)

Dear Judge Payson:

Defendant Roberto Olivo-Estrella is in federal custody on a pending case in the District of Rhode Island and a detainer has been placed on him based upon the above-captioned case. I am requesting permission to further unseal the superseding indictment only as it pertains to this defendant and to still keep the original superseding indictment sealed at this time. If that request is granted, I will prepare and file a redacted version of the indictment pertaining only to the unsealed defendants.

Respectfully submitted,

TERRANCE P. FLYNN
United States Attorney

Frank H. Sherman

By: FRANK H. SHERMAN
Assistant U.S. Attorney

Request granted.
**SO ORDERED.**

Marian W Payson
**MARIAN W. PAYSON**
**U.S. MAGISTRATE JUDGE**

**DATE** 8/9/06

MAG

# U.S. DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
# CRIMINAL DOCKET FOR CASE #: 6:06-cr-06042-DGL-MWP-ALL

Case title: USA -v- De La Rosa

Date Filed: 03/21/2006

---

Assigned to: Hon. David G. Larimer
Referred to: Hon. Marian W. Payson

**Defendant**

**Jose D. De La Rosa** (1)
*also known as*
Jose D. Gomez-Pirela (1)
*also known as*
El Negro (1)
*also known as*
Yiyo (1)

represented by **Charles F. Crimi, Jr.**
Crimi & Crimi
One East Main Street
Suite 310
Rochester, NY 14614
US
585-325-2830
Fax: 585-325-2459
Email: crimi@frontiernet.net
*TERMINATED: 02/23/2007*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Mehmet K. Okay**
The Okay Law Firm
P.O. Box 622
Batavia, NY 14020
585-344-3161
Fax: 585-343-1487
Email: cokay@rochester.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

CONSPIRACY TO DISTRIBUTE NARCOTICS
(1)

21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS
(1s)

**Disposition**

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| None | |

---

Assigned to: Hon. David G. Larimer
Referred to: Hon. Marian W. Payson

**Defendant**

**Roberto Olivo-Estrella** (4)

| Pending Counts | Disposition |
| --- | --- |
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| None | |

---

**Plaintiff**

**USA** represented by **Frank H. Sherman**
U.S. Attorney's Office
100 State Street
Room 620
Rochester, NY 14614
585-263-6760, ext. 2234

Fax: 585-263-6226
Email: frank.sherman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2006 | 1 | SEALED INDICTMENT as to Jose D. De La Rosa (1) count(s) 1. (TO, ) (Entered: 03/22/2006) |
| 03/22/2006 | 2 | ORDER REFERRING CASE to Magistrate Judge Marian W. Payson as to Jose D. De La Rosa . Signed by Judge David G. Larimer on 3/22/06. (TO, ) (Entered: 03/23/2006) |
| 06/02/2006 | 3 | ORDER as to Jose D. De La Rosa unsealing the indictment. . Signed by Judge Marian W. Payson on 6/2/06. (CAM, ) (Entered: 06/06/2006) |
| 06/02/2006 | | Case unsealed as to Jose D. De La Rosa (TO, ) (Entered: 06/14/2006) |
| 06/27/2006 | 5 | ORDER TO CONTINUE - Ends of Justice as to Jose D. De La Rosa Time excluded from 6/27/06 until 7/7/06. . Signed by Judge Marian W. Payson on 6/27/06. (TO, ) (Entered: 06/28/2006) |
| 07/07/2006 | 6 | Order to Unseal Indictment as to Jose D. De La Rosa. . Signed by Judge Marian W. Payson on 7/6/06. (Attachments: # 1 Redacted Superseding Indictment) (BJB, ) (Entered: 07/07/2006) |
| 07/07/2006 | 8 | Minute Entry for proceedings held before Judge Marian W. Payson :Arraignment as to Jose D. De La Rosa (1) Count 1s held on 7/7/2006 Interpreter sworn. Matthew Thompson appears for defendant. Mr. Thompson to submit a motion to appear pro hac vice. The Court permits Mr. Thompson to appear for arraignment purposes. Defendant advised of rights. Indictment unsealed as to redacted superseding indictment. Government summarizes charges. Defendant waives full reading and pleads not guilty. Scheduling deadlines set. Discovery to be completed by 7/19/06. Motions to be filed by 9/22/06. Responses to be filed by 10/6/06. Argument set for 10/17/06 @ 12:00 p.m. TIME FROM 7/7/06 THROUGH 9/22/06 EXCLUDED IN THE INTEREST OF JUSTICE. Government moves for detention on risk of flight and dangerousness. An immigration detainer has been filed. Defendant consents to the entry of a Coonan Order. Appearances: Frank Sherman, AUSA; Defendant with Matthew Thompson, Esq.; Beysada Soto, Spanish Interpreter (CAM, ) (Entered: 07/13/2006) |
| 07/10/2006 | 7 | NOTICE OF ATTORNEY APPEARANCE: Matthew Thompson appearing for Jose D. De La Rosa for the purpose of his detention hearing only. (TO, ) (Entered: 07/10/2006) |
| 07/12/2006 | 9 | ORDER as to Jose D. De La Rosa, ORDER TO CONTINUE - Ends of Justice as to Jose D. De La Rosa Time excluded from 7/12/06 until 9/22/06. Discovery due by 7/19/2006. Motions due by 9/22/2006. Responses due by 10/6/2006 Oral Argument set for 10/17/2006 12:00 |

| | | |
|---|---|---|
| | | PM before Hon. Marian W. Payson. Signed by Judge Marian W. Payson on 7/12/06. (CAM, ) (Entered: 07/13/2006) |
| 07/12/2006 | 10 | ORDER OF DETENTION (Coonan) as to Jose D. De La Rosa Signed by Judge Marian W. Payson on 7/12/06. (CAM, ) (Entered: 07/13/2006) |
| 07/12/2006 | 11 | Arrest Warrant Returned Executed on 7/7/06. in case as to Jose D. De La Rosa. (TO, ) (Entered: 07/17/2006) |
| 07/27/2006 | 12 | Rule 5(c)(3) Documents Received as to Jose D. De La Rosa (TO, ) (Entered: 07/27/2006) |
| 07/27/2006 | | Arrest of Jose D. De La Rosa in District of Mass.. (TO, ) (Entered: 07/27/2006) |
| 08/09/2006 | 13 | ORDER as to Roberto Olivo-Estrella to file a redacted version of the indictment. Signed by Judge Marian W. Payson on 8/9/06. (Attachments: # 1 redacted redacted superceding indictment) (TO, ) (Entered: 08/09/2006) |
| 08/09/2006 | | Case unsealed as to Roberto Olivo-Estrella (TO, ) (Entered: 08/10/2006) |
| 09/25/2006 | 14 | ORDER as to Jose D. De La Rosa, ORDER TO CONTINUE - Ends of Justice as to Jose D. De La Rosa Time excluded from 9/25/06 until 9/27/06. Status Conference set for 9/27/2006 09:00 AM before Hon. Marian W. Payson. Signed by Judge Marian W. Payson on 9/25/06. (CAM, ) (Entered: 09/25/2006) |
| 09/27/2006 | 15 | Minute Entry for proceedings held before Judge Marian W. Payson :Status Conference as to Jose D. De La Rosa held on 9/27/2006. Interpreter sworn. Mr. Thompson advised the Court, in writing, he will not be representing the defendant. Mr. De La Rosa requests court-appointed counsel. Matter adjourned to 9/29/06 @ 4:00 p.m. for appointment of counsel. TIME FROM 9/27/06 THROUGH 9/29/06 EXCLUDED IN THE INTEREST OF JUSTICE.Appearances: Frank Sherman, AUSA; Defendant with Jose De La Rosa; Felipe de Chateauvieux, Spanish Interpreter (CAM, ) (Entered: 09/29/2006) |
| 09/29/2006 | 16 | Minute Entry for proceedings held before Judge Marian W. Payson :Status Conference as to Jose D. De La Rosa held on 9/29/2006. Interpreter sworn. Mr. Kennedy to advise the Court, in writing, by 10/4/06 as to status of representation. TIME FROM 9/29/06 THROUGH 10/4/06 EXCLUDED IN THE INTEREST OF JUSTICE.Appearances: Frank Sherman, AUSA; Defendant with Christian Kennedy, Esq.; Felipe de Chateauveiux, Spanish Interpreter (CAM, ) (Entered: 10/05/2006) |
| 10/06/2006 | 17 | ORDER as to Jose D. De La Rosa, ORDER TO CONTINUE - Ends of Justice as to Jose D. De La Rosa Time excluded from 10/6/06 until 10/13/06. Status Conference set for 10/13/2006 03:00 PM before Hon. Marian W. Payson. Signed by Judge Marian W. Payson on 10/6/06. Copy to Christian Kennedy(CAM, ) (Entered: 10/06/2006) |
| 10/13/2006 | 18 | Minute Entry for proceedings held before Judge Marian W. Payson :Status Conference as to Jose D. De La Rosa held on |

| | | |
|---|---|---|
| | | 10/13/2006Interpreter sworn. Mr. Kennedy advises the Court he has not yet been fully retained. Status Conference set for 10/19/06 @ 4:00 p.m. TIME FROM 10/13/06 THROUGH 10/19/06 EXCLUDED IN THE INTEREST OF JUSTICE.Appearances: Frank Sherman, AUSA; Defendant with Christian Kennedy, Esq.; Felipe de Chateauvieux, Spanish Interpreter (CAM, ) (Entered: 10/19/2006) |
| 10/19/2006 | 19 | Minute Entry for proceedings held before Judge Marian W. Payson :Status Conference as to Jose D. De La Rosa held on 10/19/2006Interpreter sworn. Mr. Kennedy advises the Court he has not yet been retained. Status Conference set for 10/27/06 @ 12:00 p.m. TIME FROM 10/19/06 THROUGH 10/27/06 EXCLUDED IN THE INTEREST OF JUSTICE.Appearances: Frank Sherman, AUSA; Defendant with Christian Kennedy, Esq.;Felipe de Chateauvieux, Spanish Interpreter (CAM, ) (Entered: 10/30/2006) |
| 10/27/2006 | 20 | Minute Entry for proceedings held before Judge Marian W. Payson :Status Conference as to Jose D. De La Rosa held on 10/27/2006. Interpreter sworn. Counsel has not been retained. Status Conference in re: counsel set for 11/1/06 @ 4:00 p.m. TIME FROM 10/27/06 THROUGH 11/1/06 EXCLUDED IN THE INTEREST OF JUSTICE.Appearances: Frank Sherman, AUSA; Jose De La Rosa; Felipe Chateauvieux, Spanish Interpreter (CAM, ) (Entered: 11/03/2006) |
| 11/01/2006 | 22 | Minute Entry for proceedings held before Judge Marian W. Payson :Status Conference as to Jose D. De La Rosa held on 11/1/2006. Interpreter sworn. Defendant requests court-appointed counsel. Financial affidavit to be submitted by the end of the week. Scheduling deadlines set. Discovery to be completed by 11/15/06. Motions to be filed by 12/29/06. Response to be filed by 1/12/07. Argument set for 1/19/07 @ 9:30 a.m. TIME FROM 11/1/06 THROUGH 12/29/06 EXCLUDED IN THE INTEREST OF JUSTICE.Appearances: Frank Sherman, AUSA; Defendant with Charles Crimi, Esq.; Felipe de Chateauvieux, Spanish Interpreter (CAM, ) (Entered: 11/08/2006) |
| 11/03/2006 | 21 | AMENDED SCHEDULING ORDER as to Jose D. De La Rosa, ORDER TO CONTINUE - Ends of Justice as to Jose D. De La Rosa. Time excluded from 11/2/06 until defense motion are filed. Discovery due by 11/15/2006. Motions due by 12/29/2006. Responses due by 1/12/2007. Oral Argument set for 1/19/2007 09:30 AM before Hon. Marian W. Payson. Signed by Judge Marian W. Payson on 11/2/06. (JHF) (Entered: 11/03/2006) |
| 11/09/2006 | 24 | CJA 20 Voucher 061106000030: Appointment of Attorney Charles F. Crimi, Jr for Jose D. De La Rosa. Signed by Judge Marian W. Payson on 11/1/06. (SMO, ) (Entered: 11/09/2006) |
| 12/21/2006 | 26 | ORDER as to Jose D. De La Rosa, ORDER TO CONTINUE - Ends of Justice as to Jose D. De La Rosa Time excluded from 12/21/06 until 2/2/07. Motions due by 2/2/2007. Responses due by 2/16/2007 Oral Argument set for 2/28/2007 09:30 AM before Hon. Marian W. Payson. Signed by Judge Marian W. Payson on 12/21/06. (CAM, ) (Entered: |

| | | |
|---|---|---|
| | | 12/23/2006) |
| 01/31/2007 | 27 | ORDER as to Jose D. De La Rosa, ORDER TO CONTINUE - Ends of Justice as to Jose D. De La Rosa Time excluded from 1/31/07 until 3/2/07. Motions due by 3/2/2007. Responses due by 3/14/2007 Oral Argument set for 3/20/2007 09:30 AM before Hon. Marian W. Payson. Signed by Judge Marian W. Payson on 1/31/07. (CAM, ) (Entered: 01/31/2007) |
| 02/23/2007 | 28 | ORDER as to Jose D. De La Rosa, ORDER TO CONTINUE - Ends of Justice as to Jose D. De La Rosa Time excluded from 2/23/07 until 4/2/07. Motions due by 4/2/2007. Responses due by 4/16/2007 Oral Argument set for 4/19/2007 09:30 AM before Hon. Marian W. Payson. Signed by Judge Marian W. Payson on 2/23/07. (CAM, ) (Entered: 02/27/2007) |
| 02/23/2007 | 29 | Minute Entry for proceedings held before Judge Marian W. Payson :Status Conference as to Jose D. De La Rosa held on 2/23/2007. Interpreter sworn. Kirk Okay substituted in place of Charles Crimi. Amended deadlines set. Motions to be filed by 4/2/07. Response to be filed by 4/16/07. Argument set for 4/19/07 @ 9:30 a.m. TIME FROM 2/23/07 THROUGH 4/2/07 EXCLUDED IN THE INTEREST OF JUSTICE.Appearances: Charles Moynihan, AUSA; Frank Sherman, AUSA; Defendant with Kirk Okay, Esq. and Charles Crimi, Esq.; Felipe de Chateauvieux, Spanish Interpreter (CAM, ) (Entered: 03/03/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/19/2007 08:55:26 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:06-cr-06042-DGL-MWP |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |