AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Roberto Olivo-Estrella

APPEARANCE

CASE NUMBER: 1:07-M 32 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roberto Olivo-Estrella

I certify that I am admitted to practice in this court.

3/21/07
*Date*

[signature]
*Signature*

Victor Beretta 4648
*Print Name* *Bar Number*

321 Atwells Ave
*Address*

Prov RI 02909
*City* *State* *Zip Code*

273-5600 454-5600
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.