UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 1-07-M-32A |
| | : | |
| ROBERTO OLIVO-ESTRELLA | : | |

**ORDER**

This matter was heard on March 22, 2007 before Magistrate Judge Lincoln D. Almond, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the Defendant, ROBERTO OLIVO-ESTRELLA, should be removed to the Western District of New York to answer an indictment filed against him in that District (CR No. 06-CR-6042L). The Defendant, being advised of his rights by the Court and represented by counsel, Victor J. Beretta, Jr., Esquire, having consented to removal, waived his right to an identity hearing solely in this District and preserving all other defenses, it is hereby:

ORDERED, ADJUDGED AND DECREED

The Defendant is ordered removed in the custody of all United States Marshals Service and/or Bureau of Prisons to the judicial district of the Western District of New York for a prompt appearance before U.S. Magistrate Judge Marian W. Payson.

PER ORDER,

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
March 22, 2007